JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and PROVIDENCE HEALTH SYSTEM LONG TERM DISABILITY AND LIFE INSURANCE PLAN,<br><br>　　　　Defendants. | Case No: CV09-09262 RGK(OPx)<br><br>**(PROPOSED) ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

# O R D E R

　　The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed ***without*** prejudice.

**IT IS SO ORDERED.**

Dated: February 01, 2011

　　　　　　　　　　　　　　　　_/s/ Gary Klausner_
　　　　　　　　　　　　　　　　Honorable R. Gary Klausner
　　　　　　　　　　　　　　　　Judge of the U.S. District Court