UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and PROVIDENCE HEALTH SYSTEM LONG TERM DISABILITY AND LIFE INSURANCE PLAN,<br><br>    Defendants. | Case No: CV09-09262 RGK(OPx)<br><br>**(PROPOSED) ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 10, 2011

_____
Honorable R. Gary Klausner
Judge of the U.S. District Court